| STATE OF KANSAS | ) |
|---|---|
| | ) |
| COUNTY OF SHAWNEE | ) |

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared Brenda L. Block, who, being by me duly sworn, deposed as follows:

I am of sound mind, capable of making this Business Records Affidavit, and personally acquainted with the facts stated herein:

a. I am the duly authorized Records Custodian and have the authority to certify records of the Office of the State Bank Commissioner in response to open records requests;

b. the attached one (1) page of records is maintained by the Office of the State Bank Commissioner in the regular course of business;

c. the attached copy is an exact duplicate of the original record;

d. it was the regular course of business for the Office of the State Bank Commissioner to preserve such document as part of the records of the office; and

e. the record was made at or near the time of the act, condition, or event.

Further affiant sayeth not.

I swear and affirm the foregoing.

*[signature]*
Brenda L. Block
Records Custodian

Subscribed and sworn before me this 29th day of December, 2010.

Notary Public
State of Kansas
Donna J. Martin
My appt. Expires 5/31/11

*[signature]* Donna J. Martin
Notary Public

**FDIC**
Division of Resolutions and Receiverships
Dallas Regional Office
1601 Bryan Street
Dallas, Texas 75201

Telephone (214) 754-0098

October 22, 2010

Ms. Judi M. Stork, Acting Bank Commissioner
Office of the State Bank Commissioner
State of Kansas
Topeka, Kansas

**Subject:** **Hillcrest Bank**
**Overland Park, Kansas – In Receivership**
**Acceptance of Appointment as Receiver**

Dear Acting Commissioner Stork:

Please be advised that the Federal Deposit Insurance Corporation accepts its appointment as Receiver of the captioned depository institution, in accordance with the Federal Deposit Insurance Act, as amended.

Sincerely,

FEDERAL DEPOSIT INSURANCE CORPORATION


By: *[signature: Daniel M. Bell]*
Name: Daniel M. Bell
Title: Receiver-in-Charge

# KANSAS

MARK PARKINSON, Governor

OFFICE OF THE STATE BANK COMMISSIONER
JUDI M. STORK, Acting Bank Commissioner

December 29, 2010

Linus Baker
6732 W 180 Terr
Stilwell KS 66085-8922

**Re: Open Records Request**

Dear Mr. Baker:

I am in receipt of your request for certain available records as allowed by, and subject to the restrictions of, the Kansas Open Records Act:

October 22, 2010 Order of Receivership for Hillcrest Bank – FDIC Receivership

Enclosed is the requested copy that has been deemed open pursuant to the Kansas Open Records Act.

Sincerely,

Brenda L. Block
Freedom of Information Officer

Enclosure

Case 4:11-cv-00893-DCK  Document 3-1  Filed 09/12/11  Page 3 of 3
700 S.W. Jackson, Suite 300, Topeka, KS 66603-3796 - (785) 296-2266 Fax: (785) 296-0168
www.osbckansas.org