## 1116-CV01878 - QUINTERO COMMUNITY ASSOCIATION INC V JON FORGEY

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Ga |

This information is provided as a service and is not considered an official court record.

**Click here to e-File on Case** Click here to Respond to Selected Documents Sort Date Entries: ● Descending / ○ Ascending    Display Op

---

**09/01/2011**  ☐   **Motion Granted/Sustained**

Defendants' Request for Extension of Time to File Reply Brief is Granted
Associated Entries: 05/10/2011 - **Motion for Extension of Time** ⊞

☐   **Motion Denied**

Defendant Brian Schneider Motion to Dismiss Petition is Denied
Associated Entries: 04/04/2011 - **Motion to Dismiss** ⊞

☐   **Motion Denied**

Defendants Jeffrey F. Wheeler, et al., Motion to Dismiss Plaintiffs' Petition is Denied
Associated Entries: 03/14/2011 - **Motion to Dismiss** ⊞

☐   **Motion Denied**

Defendants' Jon Forgey, et al., Motion to Dismiss Petition is Denied
Associated Entries: 03/11/2011 - **Motion to Dismiss** ⊞

**05/27/2011**  ☐   **Filing:**

Opposition to Request for Extension of Time to File Reply Brief
**Filed By:** QUINTERO COMMUNITY ASSOCIATION INC

**05/11/2011**  ☐   **Reply**

Suggestions in Support of Motion to Dismiss by Dfts
**Filed By:** JEFFREY F WHEELER

**05/10/2011**  ☐   **Motion for Extension of Time**

to File Reply Brief
**Filed By:** JEFFREY F WHEELER
**On Behalf Of:** SCOTT I ASNER, IRWIN BLITT, ROBERT CAMPBELL, JACK N FINGERSH, PA
GERALD M WHITE, G RICHARD DEGEN, TIM GERVY, JOEL RICHARDS, THOMAS J DAVIES, G

☐

Defendant Brian Schneider Motion to Dismiss Petition is Denied
  **Associated Entries:** 04/04/2011 - **Motion to Dismiss** ☐

☐ **Motion Denied**

Defendants Jeffrey F. Wheeler, et al., Motion to Dismiss Plaintiffs' Petition is Denied
  **Associated Entries:** 03/14/2011 - **Motion to Dismiss** ☐

☐ **Motion Denied**

Defendants' Jon Forgey, et al., Motion to Dismiss Petition is Denied
  **Associated Entries:** 03/11/2011 - **Motion to Dismiss** ☐

05/27/2011   ☐ **Filing:**

Opposition to Request for Extension of Time to File Reply Brief
  **Filed By:** QUINTERO COMMUNITY ASSOCIATION INC

05/11/2011   ☐ **Reply**

Suggestions in Support of Motion to Dismiss by Dfts
  **Filed By:** JEFFREY F WHEELER

05/10/2011   ☐ **Motion for Extension of Time**

to File Reply Brief
  **Filed By:** JEFFREY F WHEELER
  **On Behalf Of:** SCOTT I ASNER, IRWIN BLITT, ROBERT CAMPBELL, JACK N FINGERSH, PAUL
  S FINGERSH, GERALD M WHITE, G RICHARD DEGEN, TIM GERVY, JOEL RICHARDS, THOMAS
  J DAVIES, GEORGE A LIEBERMAN, HILLCREST BANCSHARES
  **Associated Entries:** 09/01/2011 - **Motion Granted/Sustained** ☐

04/23/2011   ☐ **Filing:**

Opposition to Jeffrey Wheller, Scott Asner, Irwin Bitt, Robert Campbell, Jack Fingersh, Paul Fingersh,
Gerald White, Richard Degen, Tim Gervy, Joel Richards, Thomas Davies, George Liberman, and Hillcrest
Bancshares' Motion to Dismiss Pits' Petition
  **Filed By:** QUINTERO COMMUNITY ASSOCIATION INC
  **On Behalf Of:** LYLE P PHILLIPS, PEGGY PHILLIPS, PHILIPS W UPHAM II, SONDRA R UPHAM,
  NOWELL C UPHAM, BRITTON B UPHAM, TORY H UPHAM, KENNETH NICHOLS, GEORGE
  BENZ, KAREN BENZ, GEORGE BENZ AND SONS LLC, LARRY HILCHER, DAVID OSTERMEYER,
  CATHLEEN OSTERMEYER

04/21/2011   ☐ **Order**

Order Granting Defendants' Motion to Transfer Related Case to Division 18 and Consolidate

☐ **Case Consol into Another Case**

04/19/2011   ☐ **Filing:**

Opposition to Brian Schneider's Motion to Dismiss Pits' Petition
  **Filed By:** QUINTERO COMMUNITY ASSOCIATION INC

☐ **Hearing/Trial Cancelled**

Scheduled For: 07/06/2011; 10:00 AM ; JUSTINE E DEL MURO; Jackson - Kansas City

☐ **Order to Transfer**

By agreement of the judges, transferred to Div. 18

☐ **Judge Assigned**

**04/04/2011**      ☐ **Filing of Briefs**

Brief in Support of Motion to Dismiss Plts' Petition
    **Filed By:** BRIAN K SCHNEIDER

☐ **Motion to Dismiss**

Motion to Dismiss Petition
    **Filed By:** BRIAN K SCHNEIDER
    **Associated Entries:** 09/01/2011 - **Motion Denied** ☐

**03/29/2011**      ☐ **Corporation Served**

Document ID - 11-SMCC-920; Served To - QUINTERO CHARTER PROPERTIES LLC; Server - ; Served Date - 26-MAR-11; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - served Gary McClung R/A

☐ **Corporation Served**

Document ID - 11-SMCC-916; Served To - QUINTERO CLUBHOUSE VILLAS LLC; Server - ; Served Date - 26-MAR-11; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - served Gary McClung, R/A

☐ **Corporation Served**

Document ID - 11-SMCC-917; Served To - QUINTERO CLUBHOUSE SUITES LLC; Server - ; Served Date - 26-MAR-11; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - served Gary McClung, R/A

☐ **Corporation Served**

Document ID - 11-SMCC-922; Served To - CROSSOVER CAPITAL LLC; Server - ; Served Date - 26-MAR-11; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - served Gary McClung, Reg Agent

☐ **Corporation Served**

Document ID - 11-SMCC-923; Served To - PRIVATE CLUB FINANCIAL MANAGEMENT LLC; Server - ; Served Date - 26-MAR-11; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - served Gary McClung, Reg Agent

☐ **Corporation Served**

Document ID - 11-SMCC-921; Served To - QUINTERO ENTRADA LLC; Server - ; Served Date - 26-MAR-11; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - served Gary McClung, Reg Agent

☐ **Corporation Served**

Document ID - 11-SMCC-919; Served To - QUINTERO CAPITAL LLC; Server - ; Served Date - 26-MAR-11; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - served Gary McClung, Reg Agent

**03/19/2011**  ☐  **Summons Personally Served**

Document ID - 11-SMCC-914; Served To - SCHNEIDER, BRIAN K; Server - ; Served Date - 03-MAR-11; Served Time - 16:00:00; Service Type - Special Process Server; Reason Description - Served

**03/14/2011**  ☐  **Suggestions in Support**

of Dfts' Motion to Dismiss Plt's Petition
  **Filed By:** JEFFREY F WHEELER
  **On Behalf Of:** SCOTT I ASNER, IRWIN BLITT, ROBERT CAMPBELL, JACK N FINGERSH, PAUL S FINGERSH, GERALD M WHITE, G RICHARD DEGEN, TIM GERVY, JOEL RICHARDS, THOMAS J DAVIES, GEORGE A LIEBERMAN, HILLCREST BANCSHARES

☐  **Motion to Dismiss**

Plt's Petition
  **Filed By:** JEFFREY F WHEELER
  **On Behalf Of:** SCOTT I ASNER, IRWIN BLITT, ROBERT CAMPBELL, JACK N FINGERSH, PAUL S FINGERSH, GERALD M WHITE, TIM GERVY, JOEL RICHARDS, THOMAS J DAVIES, GEORGE A LIEBERMAN, HILLCREST BANCSHARES
  **Associated Entries:** 09/01/2011 - Motion Denied ☐

**03/11/2011**  ☐  **Motion Filed**

to Transfer Related Case to Div.18 and Consolidate

☐  **Family Member/Roommate Served**

Document ID - 11-SMCC-913; Served To - LIEBERMAN, GEORGE A; Server - ; Served Date - 11-MAR-11; Served Time - 16:31:00; Service Type - Special Process Server; Reason Description - Served; Service Text - FLOREINE LIEBERMAN - SPOUSE

☐  **Family Member/Roommate Served**

Document ID - 11-SMCC-905; Served To - FINGERSH, JACK N; Server - ; Served Date - 07-MAR-11; Served Time - 17:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - PELLA FINGERSH - SPOUSE

☐  **Motion to Dismiss**

Petition
  **Filed By:** JON FORGEY
  **Associated Entries:** 09/01/2011 - Motion Denied ☐

☐  **Filing of Briefs**

in Support of Motion to Dismiss Plt's Petition
  **Filed By:** JON FORGEY

**03/08/2011**  ☐  **Order - Special Process Server**

Amended Order for PPS adding Janis Wheer.

☐  **Certificate of Service**

OF PLAINTIFF'S MARCH 4, 2011 INTERROGATORIES TO DEFENDANT ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

**Summons Personally Served**

☐

Document ID - 11-SMCC-902; Served To - ASNER, SCOTT I; Server - ; Served Date - 06-MAR-11; Served Time - 18:20:00; Service Type - Special Process Server; Reason Description - Served

**03/07/2011** ☐ **Motion Granted/Sustained**

Associated Entries: 02/22/2011 - **Motion Filed** ☐

☐ **Order**

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Service ninety (90) days is GRANTED.

**03/06/2011** ☐ **Family Member/Roommate Served**

Document ID - 11-SMCC-903; Served To - BLITT, IRWIN; Server - ; Served Date - 31-MAR-11; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - ms Blitt, wife/co-resident

**03/01/2011** ☐ **Family Member/Roommate Served**

Document ID - 11-SMCC-898; Served To - WHEELER, JEFFREY F; Server - ; Served Date - 18-FEB-11; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - served Lisa Wheeler, spouse

**02/22/2011** ☐ **Motion Filed**

to Extend Service
  Filed By: QUINTERO COMMUNITY ASSOCIATION INC
  Associated Entries: 03/07/2011 - Motion Granted/Sustained

**02/18/2011** ☐ **Corporation Served**

Document ID - 11-SMCC-918; Served To - QUINTERO GOLF AND COUNTRY CLUB LLC; Server - ; Served Date - 15-FEB-11; Served Time - 12:53:00; Service Type - Special Process Server; Reason Description - Served; Service Text - STERLING SCOTT

☐ **Family Member/Roommate Served**

Document ID - 11-SMCC-900; Served To - HOLDERMAN, WANDA; Server - ; Served Date - 10-FEB-11; Served Time - 19:30:00; Service Type - Special Process Server; Reason Description - Served

☐ **Summons Personally Served**

Document ID - 11-SMCC-906; Served To - FINGERSH, PAUL S; Server - ; Served Date - 10-FEB-11; Served Time - 20:00:00; Service Type - Special Process Server; Reason Description - Served

☐ **Family Member/Roommate Served**

Document ID - 11-SMCC-911; Served To - RICHARDS, JOEL; Server - ; Served Date - 11-FEB-11; Served Time - 17:50:00; Service Type - Special Process Server; Reason Description - Served; Service Text - LINDA RICHARDS (SPOUSE)

☐ **Family Member/Roommate Served**

Document ID - 11-SMCC-912; Served To - DAVIES, THOMAS J; Server - ; Served Date - 12-FEB-11; Served Time - 15:40:00; Service Type - Special Process Server; Reason Description - Served; Service Text - ALEXIS DAVIES (SISTER)

**Summons Personally Served**

☐

Document ID - 11-SMCC-909; Served To - DEGEN, G RICHARD; Server - ; Served Date - 12-FEB-11;
Served Time - 13:00:00; Service Type - Special Process Server; Reason Description - Served

☐ **Summons Personally Served**

Document ID - 11-SMCC-908; Served To - WHITE, GERALD M; Server - ; Served Date - 11-FEB-11;
Served Time - 15:25:00; Service Type - Special Process Server; Reason Description - Served

**02/15/2011**   ☐ **Family Member/Roommate Served**

Document ID - 11-SMCC-899; Served To - DAVIS, NICOLE; Server - ; Served Date - 13-FEB-11; Served
Time - 09:27:00; Service Type - Special Process Server; Reason Description - Served; Service Text -
JUSTIN DAVIS (SPOUSE)

☐ **Summons Personally Served**

Document ID - 11-SMCC-897; Served To - FORGEY, JON; Server - ; Served Date - 11-FEB-11; Served
Time - 09:57:00; Service Type - Special Process Server; Reason Description - Served

☐ **Corporation Served**

Document ID - 11-SMCC-915; Served To - HILLCREST BANCSHARES; Server - ; Served Date - 11-FEB-
11; Served Time - 14:20:00; Service Type - Special Process Server; Reason Description - Served; Service
Text - ANDREA KAHL

☐ **Summons Personally Served**

Document ID - 11-SMCC-904; Served To - CAMPBELL, ROBERT; Server - ; Served Date - 10-FEB-11;
Served Time - 18:59:00; Service Type - Special Process Server; Reason Description - Served

☐ **Summons Personally Served**

Document ID - 11-SMCC-910; Served To - GERVY, TIM; Server - ; Served Date - 10-FEB-11; Served Time
- 20:16:00; Service Type - Special Process Server; Reason Description - Served

☐ **Family Member/Roommate Served**

Document ID - 11-SMCC-907; Served To - GALLATIN, SUE; Server - ; Served Date - 10-FEB-11; Served
Time - 20:28:00; Service Type - Special Process Server; Reason Description - Served; Service Text -
MARION GALLATIN (SPOUSE)

☐ **Summons Personally Served**

Document ID - 11-SMCC-901; Served To - SCHWARTZKOPF, DAN; Server - ; Served Date - 10-FEB-11;
Served Time - 21:00:00; Service Type - Special Process Server; Reason Description - Served

**02/10/2011**   ☐ **Motion Special Process Server**

Amended Motion and Order for Process Server adding PPS Janis Wheeler. No Service service was needed.

**01/27/2011**   ☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-923, for PRIVATE CLUB FINANCIAL MANAGEMENT LLC.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-922, for CROSSOVER CAPITAL LLC.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-921, for QUINTERO ENTRADA LLC.



☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-920, for QUINTERO CHARTER PROPERTIES LLC.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-919, for QUINTERO CAPITAL LLC.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-918, for QUINTERO GOLF AND COUNTRY CLUB LLC.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-917, for QUINTERO CLUBHOUSE SUITES LLC.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-916, for QUINTERO CLUBHOUSE VILLAS LLC.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-915, for HILLCREST BANCSHARES.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-914, for SCHNEIDER, BRIAN K.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-913, for LIEBERMAN, GEORGE A.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-912, for DAVIES, THOMAS J.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-911, for RICHARDS, JOEL.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-910, for GERVY, TIM.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-909, for DEGEN, G RICHARD.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-908, for WHITE, GERALD M.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-907, for GALLATIN, SUE.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-906, for FINGERSH, PAUL S.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-905, for FINGERSH, JACK N.

☐ **Summons Issued-Circuit**

Document ID: 11-SMCC-904, for CAMPBELL, ROBERT.

**Summons Issued-Circuit**

Document ID: 11-SMCC-903, for BLITT, IRWIN.

**Summons Issued-Circuit**

Document ID: 11-SMCC-902, for ASNER, SCOTT I.

**Summons Issued-Circuit**

Document ID: 11-SMCC-901, for SCHWARTZKOPF, DAN.

**Summons Issued-Circuit**

Document ID: 11-SMCC-900, for HOLDERMAN, WANDA.

**Summons Issued-Circuit**

Document ID: 11-SMCC-899, for DAVIS, NICOLE.

**Summons Issued-Circuit**

Document ID: 11-SMCC-898, for WHEELER, JEFFREY F.

**Summons Issued-Circuit**

Document ID: 11-SMCC-897, for FORGEY, JON.

**Order - Special Process Server**

01/04/2011     **Designation of Lead Attorney**

**Filing:**

Jury Trial Damanded

**Motion Special Process Server**

**Confid Filing Info Sheet Filed**

**Pet Filed in Circuit Ct**

**Judge Assigned**