IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY, MISSOURI

| QUINTERO COMMUNITY ASSOCIATION, et al., | |
|---|---|
| Plaintiffs, | Case No. 1016-CV13693 |
| v. | |
| HILLCREST BANK, | Division: 18 |
| Defendant. | |

### ORDER

Now on this day, the Court takes up and considers the following motions:
- Plaintiff's Motion for Enforcement of Discovery, filed January 4, 2011;
- Defendant's Motion for Protective Order, filed January 25, 2011; and
- Defendant Hillcrest Bank's Motion for Substitution of Parties, filed February 28, 2011.

The Court, being duly advised of the premises and for good cause shown, makes the following rulings:
- Plaintiff's Motion for Enforcement of Discovery is hereby **DENIED**;
- Defendant's Motion for Protective Order is hereby **DENIED**; and
- Defendant Hillcrest Bank's Motion for Substitution of Parties is hereby **GRANTED**, and the Federal Deposit Insurance Corporation as Receiver of Hillcrest Bank is granted leave to file a response to Plaintiff's second amended petition up to and including March 28, 2011.

**IT IS SO ORDERED.**

_3\11\2011_
Date

Judge Brian C. Wimes, Division 18

I hereby certify that copies of the foregoing were
duly faxed/mailed this day to all counsel of record.

Linus L. Baker, Esq.
Fax: (913) 232-8734

Kelly A. Campbell, Esq.
Benjamin T. Clark, Esq.
Fax: (816) 474-3216

_____
Matt N. Sparks
Law Clerk, Division 18