FILED
DEPT. OF CIVIL RECORDS
COURT ADMINISTRATOR'S OFFICE
MAY 07 2011
CIRCUIT COURT OF JACKSON CO., MO
BY _____ DCA

In The Circuit Court of Jackson County Missouri
Kansas City Division

| | |
|---|---|
| Quintero Community Association, Inc. et al<br><br>Plaintiffs,<br><br>v.<br><br>Hillcrest Bank et al<br><br>Defendants. | Case No. 1016-cv13693<br><br>*consolidated with*<br>1116-cv01878<br><br>Div 18 |

**Plaintiffs' Motion for Relief From Order to Substitute Parties**

The plaintiffs move this Court for Relief from the Order substituting the Federal Deposit Insurance Corporation (FDIC) for the defendant Hillcrest Bank pursuant to Rule 74.06(b). The FDIC is the Receiver of Hillcrest. The Order was entered on March 1, 2011. Good cause exists as follows:

1. The FDIC is the Receiver of Hillcrest. The order appointing the FDIC as Receiver has been in the record since January 4, 2011. Hillcrest Bank moved to substitute the FDIC based upon this receivership.

2. Hillcrest Bank's Motion to Substitute was made pursuant to Rule 52.13(c). Rule 52.13(c) requires that "Service of the motion shall be made as provided in subsection (a) of this Rule."

3. Service of Hillcrest Bank's motion to the FDIC was not made pursuant to subsection (a) of Rule 52.13 which requires that the motion and notice of hearing shall be served upon "persons not parties in the manner provided for the service of a summons"

4. The above deficiency in Hillcrest Bank's motion regarding service of its motion and

1

Case 4:11-cv-00893-DGK   Document 3-7   Filed 09/12/11   Page 1 of 2



a notice of hearing renders the Order made by the Court irregular and void.

**WHEREFORE** the plaintiffs request that the Court vacate the Order substituting the Federal Deposit Insurance Corporation for the defendant Hillcrest Bank and for such other relief as the Court deems proper.

By: /s/ Linus L. Baker

Linus L. Baker MO 44980
6732 West 185th Terrace
Stilwell, KS 66085-8922
Telephone: 913.486.3913
Fax: 913.232.8734
E-Mail: linusbaker@prodigy.net
Attorney for the plaintiffs

The above was mailed or faxed to the below on May 5, 2011:

Thomas Roy Larson
1010 Walnut
Suite 500
Kansas City, MO 64106
816.472.2514
816.460.6514 (fax)
trlarson@lrf-kc.com
Attorney for certain defendants

Kelly A. Campbell
1000 Walnut Street
Suite 1400
Kansas City, MO 64106
816.474.8100
816.474.3216 (fax)
kcampbell@spencerfane.com
Attorneys for Hillcrest Bank

Mark S. Carder
1201 Walnut
Suite 2900
Kansas City, MO 64106
816.842.8600
816.691.3495 (fax)
mcarder@stinson.com
Attorney for certain defendants

/s/ Attorney