## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY, MISSOURI

| | |
|---|---|
| QUINTERO COMMUNITY ASSOCIATION, et al., | Case No. 1016-CV13693 |
| Plaintiffs, | |
| | Consolidated with: |
| v. | Case No. 1116-CV01878 |
| HILLCREST BANK, et al., | Division: 18 |
| Defendants. | |

## ORDER

Now on this day, the Court takes up Plaintiff's Motion for Relief From Order to Substitute Parties, filed May 2011. The Court being duly advised of the premises, and for good cause shown, grants said Motion.

**IT IS HEREBY ORDERED** that Plaintiff's Motion is hereby **GRANTED** and the Court's Order on March 1, 2011 granting Defendant Hillcrest Bank's Motion for Substitution of Parties is herby **VACATED**.

**IT IS SO ORDERED**.

5/12/2011
Date

Judge Brian C. Wimes, Division 18

I hereby certify that copies of the foregoing were duly faxed/mailed this day to all counsel of record.

Linus L. Baker, Esq.
Fax: (913) 232-8734

Kelly A. Campbell, Esq.
Fax: (816) 474-3216

Mark S. Carder, Esq.
Fax: (816) 691-3495

Matt N. Sparks
Law Clerk, Division 18