IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY, MISSOURI

| | |
|---|---|
| QUINTERO COMMUNITY ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HILLCREST BANK, et al., <br><br> Defendants. | Case No. 1016-CV13693 <br><br> Consolidated With: <br> Case No. 1116-CV01878 <br><br> Division: 18 |

### ORDER AND NOTICE OF CASE MANAGEMENT CONFERENCE

Now on this day, the Court takes up Federal Deposit Insurance Corporation in its capacity as Receiver for Hillcrest Bank's Motion to Substitute the Federal Deposit Insurance Corporation as Receiver for Hillcrest Bank and Incorporated, filed May 27, 2011. The Court being duly advised of the premises, and for good cause shown, grants said Motion.

**IT IS HEREBY ORDERED** that Federal Deposit Insurance Corporation in its capacity as Receiver for Hillcrest Bank's Motion is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is set for CASE MANAGEMENT CONFERENCE on **Monday, July 25, 2011 at 9:00 a.m.**

**IT IS SO ORDERED.**

_____6/9/11_____  _____
Date                                    Judge Brian C. Wimes, Division 18

I hereby certify that copies of the foregoing were
duly faxed/mailed this day to all counsel of record.

Linus L. Baker, Esq.
Fax: (913) 232-8734

Kelly A. Campbell, Esq.
Fax: (816) 474-3216

Mark S. Carder, Esq.
Fax: (816) 691-3495

Steve M. Leigh, Esq.
Robert D. Kroeker, Esq.
Desarae G. Harrah, Esq.
Fax: (816) 221-1044

Thomas R. Larson, Esq.
Fax: (816) 472-2500

*/s/ Matt N. Sparks*

Matt N. Sparks
Law Clerk, Division 18