IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| QUINTERO COMMUNITY ASSOCIATION, INC., *et al.*, ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 4:11-cv-00893-JTM |
| v. ) ) | |
| HILLCREST BANK, *et al.*, ) ) | |
| Defendants. ) | |

NOTICE OF SUPPLEMENT TO LEGAL RECORD

COMES NOW defendant Federal Deposit Insurance Corporation as Receiver for Hillcrest Bank ("FDIC"), by and through counsel, and hereby supplements the legal record of the above captioned matter with all pleadings from Companion Case No. 1116-CV01878, *Quintero Community Association, et al. v. Forgey, et al.* This case arises out of the identical facts and circumstances as Case No. 1016-CV13693, which was removed by FDIC to this Court on September 6, 2011, and is brought by the identical plaintiffs. The two cases were consolidated into one action by order of Judge Wimes of the Circuit Court of Jackson County, Missouri, on April 21, 2011. A copy of the Order is attached hereto as Exhibit "A". Copies of all pleadings have been circulated to all parties of record.

Respectfully submitted,

MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

By: /s/ Desarae G. Harrah
_____
 Steve M. Leigh      MO No. 29268
Robert D. Kroeker    MO No. 33282
Desarae G. Harrah    MO No. 57969
900 Peck's Plaza
1044 Main St.
Kansas City, Missouri 64105
Telephone: (816)221-1430
Facsimile: (816)221-1044
sml@mllfpc.com; rdk@mllfpc.com
dgh@mllfpc.com
ATTORNEYS FOR FDIC AS RECEIVER
HILLCREST BANK

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2011, a true and correct copy of the NOTICE OF SUPPLEMENT TO LEGAL RECORD was served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and via regular, U.S. Mail to the following:

| | |
|---|---|
| Linus L. Baker<br>6732 W. 185th Terr.<br>Stillwell, Kansas 66085-8922<br>linusbaker@prodigy.net<br>ATTORNEY FOR PLAINTIFFS | Kelly A. Campbell<br>1000 Walnut St., Ste. 1400<br>Kansas City, Missouri 64106<br>kcampbell@spencerfane.com<br>PRIOR ATTORNEY FOR HILLCREST BANK |
| Thomas Roy Larson<br>1010 Walnut, Ste. 500<br>Kansas City, Missouri 64106<br>trlarson@lrf-kc.com<br>ATTORNEY FOR DEFENDANTS WHEELER, ASNER, BLITT, CAMPBELL, FINGERSH, WHITE, DEGEN, GERVY, RICHARDS, DAVIES, LIEBERMAN, AND HILLCREST BANCSHARES | Mark S. Carder<br>1201 Walnut, Ste. 2900<br>Kansas City, Missouri 64106<br>mcarder@stinson.com<br>ATTORNEY FOR DEFENDANTS FORGEY, DAVIS, HOLDERMAN, SCHWARTZOKOPF, GALLATIN, AND SCHNEIDER |

2

| | |
|---|---|
| Quintero Clubhouse Villas, LLC<br>Gary Ned McClung<br>8345 NE 83rd<br>Kansas City, Missouri 64158<br>DEFENDANT | Quintero Clubhouse Suites, LLC<br>Gary Ned McClung<br>8345 NE 83rd<br>Kansas City, Missouri 64158<br>DEFENDANT |
| Quintero Capital, LLC<br>Gary Ned McClung<br>8345 NE 83rd<br>Kansas City, Missouri 64158<br>DEFENDANT | Quintero Charter Properties, LLC<br>Gary Ned McClung<br>8345 NE 83rd<br>Kansas City, Missouri 64158<br>DEFENDANT |
| Quintero Entrada, LLC<br>Gary Ned McClung<br>8345 NE 83rd<br>Kansas City, Missouri 64158<br>DEFENDANT | Crossover Capital, LLC<br>Gary Ned McClung<br>8345 NE 83rd<br>Kansas City, Missouri 64158<br>DEFENDANT |
| Private Club Financial Management, LLC<br>Gary Ned McClung<br>8345 NE 83rd<br>Kansas City, Missouri 64158<br>DEFENDANT | |

/s/ Desarae G. Harrah
_____
Attorney for FDIC