IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY, MISSOURI

| | |
|---|---|
| QUINTERO COMMUNITY ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HILLCREST BANK, <br><br> Defendant. | Case No. 1016-CV13693 <br><br> Division: 18 |

## ORDER

Now on this day, the Court takes up Defendants' Motion to Transfer Related Case to Division 18 and Consolidate, filed March 11, 2011. The Court being duly advised of the premises, and for good cause shown, grants said Motion.

**IT IS HEREBY ORDERED** that Defendants' Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that *Quintero Community Association, et al. v. Jon Forgey, et al.*, Case No. 1116-CV01878, shall be consolidated with this matter into one action.

**IT IS SO ORDERED.**

4/21/2011
Date

Judge Brian C. Winmes, Division 18

I hereby certify that copies of the foregoing were duly faxed/mailed this day to all counsel of record.

Linus L. Baker, Esq.
Fax: (913) 232-8734

Kelly A. Campbell, Esq.
Benjamin T. Clark, Esq.
Fax: (816) 474-3216

Mark S. Carder, Esq.
Fax: (816) 691-3495

Matt N. Sparks
Law Clerk, Division 18

**EXHIBIT A**