IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Quintero Community Association, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Hillcrest Bank, *et al.,* <br><br> Defendants. | Civil Action No. 4:11-cv-893 |

**SUGGESTIONS OF BANKRUPTCY**

Notice of bankruptcy of the defendant Thomas J. Davies is made. The defendant Davies filed a Chapter 13 bankruptcy proceeding in the Bankruptcy Court for the District of Kansas, Case No. 11-22079, on July 11, 2011. The Trustee is:

William H Griffin
6330 Lamar, Suite 110
Overland Park, KS 66202
913-677-1311
ecfgriff@13trusteeks.com

1

Respectfully Submitted,

By /s/ Linus L. Baker
Linus L. Baker  Mo. Bar 44980
6732 West 185th Terrace
Stilwell, KS  66085-8922
Telephone:   913.486.3913
Fax:            913.232.8734
E-Mail: linusbaker@prodigy.net
Attorney for the plaintiffs

Certificate of Service

The undersigned hereby certifies that this document was filed electronically on April 20, 2012, with the United States District Court for the Western District of Missouri, Western Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons.

/s/ Linus L. Baker