IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| QUINTERO COMMUNITY ASSOCIATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HILLCREST BANK, *et al.*, <br><br> Defendants. | Civil Action No. 4:11-cv-00893-DGK |

## DEFENDANT FDIC AS RECEIVER FOR HILLCREST BANK'S MOTION TO DISMISS PLAINTIFF QUINTERO COMMUNITY ASSOCIATION, INC.'S COMPLAINT

The Federal Deposit Insurance Corporation as receiver for Hillcrest Bank ("FDIC-R") requests that the Court plaintiff Quintero Community Association, Inc.'s ("Plaintiff") Complaint against the FDIC-R for lack of subject matter jurisdiction and because the case has been rendered prudentially moot. In support of its Motion, FDIC-R relies on its contemporaneously-filed Suggestions in Support and exhibit attached thereto.

Respectfully submitted,

**MARTIN, LEIGH, LAWS & FRITZLEN, P.C.**

By: /s/ Desarae G. Harrah

_____
Steven M. Leigh          MO No. 29268
Robert D. Kroeker        MO No. 33282
Desarae G. Harrah        MO No. 57969
1044 Main St., Ste. 900
Kansas City, Missouri 64105
Telephone: (816) 221-1430
Facsimile: (816) 221-1044
sml@mllfpc.com; rdk@mllfpc.com;
dgh@mllfpc.com
**ATTORNEYS FOR FDIC-R**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of December, 2013, the foregoing was electronically filed using the CM/ECF system and copies were sent to the following via electronic notice, to:

| | |
|---|---|
| Linus L. Baker<br>6732 W. 185th Terr.<br>Stillwell, Kansas 66085-8922<br>linusbaker@prodigy.net<br>**ATTORNEY FOR PLAINTIFFS** | Thomas Roy Larson<br>1010 Walnut, Ste. 500<br>Kansas City, Missouri 64106<br>trlarson@lrf-kc.com<br>**ATTORNEY FOR DEFENDANTS WHEELER, ASNER, BLITT, CAMPBELL, FINGERSH, WHITE, DEGEN, GERVY, RICHARDS, DAVIES, LIEBERMAN, SCHNEIDER, SCHWARTZKOPF, FORGEY, DAVIS, HOLDERMAN AND HILLCREST BANCSHARES** |

/s/ Desarae G. Harrah
**ATTORNEY FOR FDIC-R**