IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Quintero Community Association, Inc., *et al.*, | |
| Plaintiffs, | No. 4:11-cv-00893-DGK |
| v. | |
| Hillcrest Bank, *et al.*, | |
| Defendants. | |

## PLAINTIFFS' JOINT NOTICE OF APPEAL

     Notice is hereby given that all plaintiffs, each and every one, in the above named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment entered May 2, 2014, and all other prior judgments, orders, and rulings entered in this action. This notice is intended to include, as broadly as possible, all of the judgments, orders, and rulings, and to also include (but not to the exclusion of others) all of the interlocutory and preliminary rulings, orders, and judgments in case No. 4:11-cv-00893-DGK, including, but not to the exclusion of others, the April 29, 2014, order granting summary judgment in favor of the FDIC-R, the May 2, 2014, order granting summary judgment in favor of the individual defendants, and the December 6, 2011, order denying remand.

                                                     Respectfully Submitted,

                                                     By /s/ Linus L. Baker
                                                     Linus L. Baker  Mo. Bar 44980
                                                     6732 West 185th Terrace
                                                     Stilwell, KS  66085-8922
                                                     Telephone:   913.486.3913
                                                     Fax:             913.232.8734
                                                     E-Mail: linusbaker@prodigy.net
                                                   Attorney for the plaintiffs

1

Certificate of Service

      The undersigned hereby certifies that this document was filed electronically on May 29, 2014, with the United States District Court for the Western District of Missouri, Western Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons.

/s/ Linus L. Baker